**MENEKSHE LAW FIRM**
16275 Los Gatos Boulevard
Los Gatos, CA 95032
Tel. (408) 358-1200
Fax. (408) 358-1205

*E-FILED 09-22-2010*

AYHAN M. MENEKSHE
STATE BAR NO.: 197467

PATRICIA A. BOYES
STATE BAR NO.: 244335

Attorneys for Plaintiffs,
INGRIDA SKRABE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| INGRIDA SKRABE<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, as successor in interest to WASHINGTON MUTUAL BANK, LYNN COLEMAN, FINANCIAL TITLE COMPANY, PAULA PIOLETTI, CREATIVE LOANS & REALTY, RICKEY PETER, and DOES 1 through 100, inclusive<br><br>Defendants. | CASE No: 5:10-CV-03230 HRL<br><br>~~[PROPOSED]~~ ORDER CONTINUING MOTION TO DISMISS<br><br>[Santa Clara Superior Court Case No.: 110CV163119]<br><br>Action Filed: February 4, 2010<br><br>[Re:  Docket No. 13] |

In view of the court's unavailability on November 9, 2010 and Pursuant to the stipulation between the parties and good cause appearing therefore, it is hereby ordered that the hearing on the motion to dismiss filed by Defendant FDIC as Receiver for WAMU, currently scheduled for October 12, 2010, is continued to **November 16, 2010** at 10:00 a.m. in Courtroom 2 of the above-entitled court.

IT IS SO ORDERED:

Dated: _____September 22_____, 2010          _____
                                                Magistrate Judge of the U.S. District Court
                                                Howard R. Lloyd

1

~~[PROPOSED]~~ ORDER CONTINUING MOTION TO DISMISS