S. D. Narayan, Esq. (SBN 130964)
Gregory M. Franchi, Esq. (SBN 133705)
THE NARAYAN LAW FIRM
2040 Pioneer Court, Second Floor
San Mateo, California 94403
Telephone: (650) 403-0150
Facsimile: (650) 403-0157

Attorneys for Defendant
The Federal Deposit Insurance
Corporation, as Receiver for
Washington Mutual Bank

*E-FILED 10-26-2010*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

INGRIDA SKRABE,

    Plaintiff,

v.

CHASE HOME FINANCE, as successor in interest to WASHINGTON MUTUAL BANK, LYNN COLEMAN, FINANCIAL TITLE COMPANY, PAULA PIOLETTI, CREATIVE LOANS & REALTY, RICKEY PETER, and DOES 1 through 100, inclusive

    Defendants.

Case No. C 10-03230 HRL

STIPULATION DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST THE FDIC, AS RECEIVER FOR WASHINGTON MUTUAL; AND [PROPOSED] ORDER

## STIPULATION

Plaintiff INGRIDA SKRABE and Defendant The Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank ("FDIC"), by and through their respective counsel of record, hereby stipulate as follows:

1. INGRIDA SKRABE dismisses all causes of action with prejudice as to the FDIC, as Receiver of Washington Mutual Bank. This dismissal shall not be effective against the remaining defendants.

2. The FDIC agrees that it will not seek costs or legal fees against INGRIDA SKRABE for the dismissal of these claims.

1  Dated: October 25, 2010        By: /s/ Patricia A. Boyes
2                                      Patricia A. Boyes, Esq.
                                       Attorney for Plaintiff
3                                      Ingrida Skrabe

4

5  Dated: October __, 2010             THE NARAYAN LAW FIRM

6
                                       By:  /s/   S. D. Narayan
7                                           S.D. Narayan
                                            Attorneys for Defendant
8                                           The Federal Deposit Insurance
                                            Corporation, as Receiver for Washington
9                                           Mutual Bank

10
           **ATTESTATION PURSUANT TO GENERAL ORDER 45**
11

12
       I, *Patricia A. Boyes, Esq.*, attest that concurrence in the filing of this document has
13
   been obtained from S.D. Narayan,
14
       I declare under penalty of perjury that the foregoing is true and correct. Executed
15
   this 25 day of October 2010 at *Los Gatos*, California.
16

17
                                            /s/ Patricia C. Boyes
18                                          Patricia A. Boyes

19

20

21

22

23

24

25

26

27

28

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION,**

Upon good cause shown, IT IS HEREBY ORDERED that:

1. All of Plaintiff INGRIDA SKRABE's Causes of Action against the Federal Deposit Insurance Corporation as receiver of Washington Mutual Bank ("FDCI") is hereby dismissed with prejudice, but only as to the FDIC. This dismissal shall not prevent Plaintiff from pursuing her asserted claims against the other defendants.

2. The FDIC shall not seek costs or legal fees from Plaintiff Ingrida Skrabe as a result of the dismissal of these Causes of Action.

~~IT IS SO ORDERED.~~

3. **The FDIC's motion to dismiss (Docket No. 4) and motion to strike (Docket No. 8) are deemed moot.**

Dated: __October 26, 2010__

United States ~~District Judge~~ Magistrate

Howard R. Lloyd