*E-FILED 12-03-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INGRIDA SKRABE,<br><br>    Plaintiff,<br>   v.<br><br>CHASE HOME FINANCE, as successor in interest to WASHINGTON MUTUAL BANK; LYNN COLEMAN; FINANCIAL TITLE COMPANY; PAULA PIOLETTI; CREATIVE LOAN & REALTY; RICKEY PETER, DOES 1-100,<br><br>    Defendants. | No. C10-03230 HRL<br><br>**ORDER VACATING MOTION HEARING** |

Plaintiff's Motion to Remand Action to State Court (Docket No. 18) is deemed appropriate for determination without oral argument. Accordingly, the December 7, 2010 motion hearing is vacated. Civ. L.R. 7-1(b).

SO ORDERED.

Dated:   December 3, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-03230-HRL Notice has been electronically mailed to:

2  Ayhan M. Menekshe , Esq    menekshe@menekshelaw.com

3  Patricia Ann Boyes    boyes@menekshelaw.com

4  Sadhana Devi Narayan    narayanlaw@narayanlaw.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.