*E-FILED: September 24, 2013*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INGRIDA SKRABE,

         Plaintiff,

   v.

U.S. BANK, N.A., as Trustee for WAMU Mortgage Pass Through Certificates for WMALT Series 2007-OA3; CREATIVE LOANS REALTY; and DOES 3 through 100, inclusive,

         Defendants.

Case No. 5:10-cv-03230 HRL

**ORDER GRANTING JOINT REQUEST TO CONTINUE MOTION HEARING**

[Re: Docket No. 97]

The parties' stipulated request to continue the hearing on defendant's summary judgment motion is granted as modified. In view of the court's unavailability on October 22, the motion hearing is continued to **October 29, 2013, 10:00 a.m.** in Courtroom 2.

**SO ORDERED**.

Dated: September 24, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-03230-HRL Notice has been electronically mailed to:

Amir Ali Amini     aamini@alvaradosmith.com, Lhernandez@alvaradosmith.com

Ayhan M. Menekshe , Esq     menekshe@menekshelaw.com, grey@menekshelaw.com, springer@menekshelaw.com

Jane E. Bednar     janebednarlaw@sbcglobal.net

Jenny Lee Merris     jmerris@alvaradosmith.com, mault@alvaradosmith.com

John M. Sorich     jsorich@adorno.com

Sadhana Devi Narayan     narayanlaw@narayanlaw.com, egomez@narayanlaw.com

Sung-Min Christopher Yoo     cyoo@alvaradosmith.com, crosas@alvaradosmith.com, jyoung@alvaradosmith.com, mault@alvaradosmith.com

Theodore Emery Bacon     tbacon@alvaradosmith.com, Lhernandez@alvaradosmith.com, mSchwark@AlvaradoSmith.com