**\*E-FILED:  September 24, 2013\***

United States District Court
Northern District of California

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11   INGRIDA SKRABE,                              Case No.  5:10-cv-03230 HRL

12                    Plaintiff,

13           v.                                   **ORDER GRANTING JOINT REQUEST
                                                  TO CONTINUE MOTION HEARING**
14   U.S. BANK, N.A., as Trustee for WAMU
     Mortgage Pass Through Certificates for       [Re:   Docket No. 97]
15   WMALT Series 2007-OA3; CREATIVE
     LOANS REALTY; and DOES 3 through
16   100, inclusive,

17                    Defendants.

18           The parties' stipulated request to continue the hearing on defendant's summary judgment

19   motion is granted as modified.  In view of the court's unavailability on October 22, the motion

20   hearing is continued to **October 29, 2013, 10:00 a.m.** in Courtroom 2.

21           **SO ORDERED**.

22   Dated:   September 24, 2013

23   _____

24   HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE
25

26

27

28

1  5:10-cv-03230-HRL Notice has been electronically mailed to:

2  Amir Ali Amini    aamini@alvaradosmith.com, Lhernandez@alvaradosmith.com

3  Ayhan M. Menekshe , Esq    menekshe@menekshelaw.com, grey@menekshelaw.com,
   springer@menekshelaw.com

4

5  Jane E. Bednar    janebednarlaw@sbcglobal.net

   Jenny Lee Merris    jmerris@alvaradosmith.com, mault@alvaradosmith.com

6

7  John M. Sorich    jsorich@adorno.com

   Sadhana Devi Narayan    narayanlaw@narayanlaw.com, egomez@narayanlaw.com

8

9  Sung-Min Christopher Yoo    cyoo@alvaradosmith.com, crosas@alvaradosmith.com,
   jyoung@alvaradosmith.com, mault@alvaradosmith.com

10 Theodore Emery Bacon    tbacon@alvaradosmith.com, Lhernandez@alvaradosmith.com,
   mSchwark@AlvaradoSmith.com

11

12

United States District Court
Northern District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2